**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7254**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DOVON BROWN, a/k/a Capone,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CR-95-144-H, CA-99-672-H)

─────────────

Submitted:  November 9, 2000        Decided:  November 15, 2000

─────────────

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Dovon Brown, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dovon Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Brown's motion for judicial notice, and dismiss the appeal on the reasoning of the district court. See United States v. Brown, Nos. CR-95-144-H; CA-99-672-H (E.D.N.C. filed July 10; entered July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED